

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In re the Commitment of Timothy Daniel Renshaw

No. 06-22-00079-CV

Original Habeas Proceeding

Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the petition for habeas corpus should be dismissed for want of jurisdiction. Therefore, we dismiss the petition.

RENDERED NOVEMBER 1, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk